ROBERT BLUME, by his Guardian ad Litem, WILLIAM F. BLUME, Appellant, *v.* CITY OF NEWBURGH, Respondent.

Argued October 18, 1943; decided December 2, 1943.

*Henry Hunter* for appellant.

*Hiram B. Odell, Jr., Corporation Counsel,* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.